2:07-cv-02475-FCD-JFM

RE: Q. DIAZ GATES-NGUYEN
ATTN: N. GATES GARRUCHA-GALLEGO
446 ALTA ROAD B# 7775738
S.D., CA 92158

**FILED**
NOV 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**
DEC - 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

07CV 2282   DMS BLM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

L. GARCIA MONTOYA;
Q. GATES DIAZ NGUYEN (Q5);
N. GATES GARRUCHA-GALLEGO (Q4);
N.G. GATES-GALLEGO (Q3); ET AL.

   Plaintiffs,

vs.

MANUEL LUIS RAMIREZ,

   Defendant.

CASE NO. 2:07-CV-2475 FCD JFM (PC)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Q. GATES DIAZ NGUYEN (Q5), declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1.00 PER YEAR + STOCKS   Net: $1.00 PER YEAR + STOCKS

Employer: MICROSOFT INVESTMENT CLUBS, INC.
MISSION IMPOSSIBLE CLUBS, INC. / MISSION IMPOSSIBLE COUNCIL (MIC)

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

[EXHIBIT # 2007H04-1]

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____N/A_____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or                          Yes ___ No ✗
9          self employment
10    b.   Income from stocks, bonds,                       Yes ___ No ✗
11         or royalties?
12    c.   Rent payments?                                   Yes ___ No ✗
13    d.   Pensions, annuities, or                          Yes ___ No ✗
14         life insurance payments?
15    e.   Federal or State welfare payments,               Yes ___ No ✗
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20    _____N/A_____
21    _____
22 3.   Are you married?                                    Yes ___ No ✗
23 Spouse's Full Name: (WIFE WAS LOST AT KATRINA FLOODS IN 2005.)
24 Spouse's Place of Employment: __N/A__
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $___N/A___          Net $___N/A___
27 4.   a.   List amount you contribute to your spouse's support:$ _____
28      b.   List the persons other than your spouse who are dependent upon you for support

1       and indicate how much you contribute toward their support. (NOTE: For minor
2       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
3   N/A
4   _____
5   5.   Do you own or are you buying a home?          Yes ___  No  X
6   Estimated Market Value: $ N/A     Amount of Mortgage: $ N/A
7   6.   Do you own an automobile?                    Yes ___  No  X
8   Make   N/A      Year  N/A       Model    N/A
9   Is it financed? Yes ___ No  X   If so, Total due: $  N/A
10  Monthly Payment: $  N/A
11  7.   Do you have a bank account? Yes ___ No  X  (Do not include account numbers.)
12  Name(s) and address(es) of bank:  N/A
13  _____
14  Present balance(s): $  N/A
15  Do you own any cash? Yes ___ No  X  Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)   Yes ___  No  X
18  _____
19  8.   What are your monthly expenses?
20  Rent: $   N/A                     Utilities:   N/A
21  Food: $   N/A                     Clothing:   N/A
22  Charge Accounts:
23  Name of Account        Monthly Payment        Total Owed on This Acct.
24   N/A                   $ _____           $ _____
25   N/A                   $ _____           $ _____
26   N/A                   $ _____           $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

1
2
3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?   Yes ___  No  X
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____N/A_____
8
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  2007 Nov. 11                              [signature]
15       DATE                                 SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -
[Exhibit # 2007H04-4]