U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

L. GARCIA MONTOYA, ETAL.;
Q. GATES DIAZ NGUYEN;
AKA Q. DIAZ GATES-NGUYEN;
446 ALTA # 7775738 ATTN: GARRUCHA
S.D., CA 92158,

                        PLAINTIFFS,

        VS

MANUEL LUTZ RAMIREZ,

                        DEFENDANT.

07CV2282

DMS(BLM)

**FILED**

DEC 18 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE # CIV S-07-2475 FCD JFM P

## NOTICE OF CHANGE OF ADDRESS (LOCAL RULE 83-182)

(A) PLAINTIFF CLASS COORDINATOR HEREBY SUBMITS ADDRESS UPDATES:

- N. GATES GARRUCHA-GALLEGO          - N. G. GATES-GALLEGO
    CORRECTED TO:                         CORRECTED TO:

| N. GATES GARRUCHA-GALLEGO | N. G. GATES-GALLEGO |
| 402 W. BROADWAY #400 ATTN: REDS | BOX 5510 ATTN: LOU |
| S.D., CA 92101 | AGANA, GU 96932 |

- Q. GATES DIAZ NGUYEN
    CORRECTED TO:

| Q. DIAZ GATES-NGUYEN |
| 446 ALTA #7775738 GARRUCHA |
| S.D., CA 92158 |