U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
JUDGE JOHN F. MOULOS

NUNC PRO TUNC

DEC 18 2007

# FILED

FILED

DEC 5 2007    2007 DEC 20 PH 4: 46

CLERK, U.S. DISTRICT COURT    US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA    DISTRICT OF CALIFORNIA

BY ___ a/c ___
DEPUTY CLERK

BY ___ RM ___ DEPUTY

07CV2282 DMS (BLM)

L. GARCIA MONTOYA, ET AL.,
              PLAINTIFFS,

VS,

MANUEL LUIZ RAMIREZ,
              DEFENDANT.

CASE # CIV S-07-2475 FCD JFM P

MOTION TO APPEAL AND REVERSE ORDER FOR TRANSFER OF VENUE

(A) PLAINTIFFS ASSERT, WITH SUPPORT OF ADJUTANTS AND ATTORNEYS AT MULTIPLE JURISDICTIONS, THAT THIS CASE IS BASED ON DIVERSITY JURISDICTION NOTED IN FEDERAL VENUE STATUTE. IN ADDITION CASE ELEMENTS SUPPORTS PROPER PLACEMENT.

(B) ASSET SEARCH OF DEFENDANTS' INVESTMENTS, AS OF BEING ACCEPTED TO THE CA STATE BAR SINCE 1981, SHOW HIDDEN RESIDENTIAL PROPERTIES IN THE EASTERN DISTRICT. AS A RESULT, "A SUBSTANTIAL PART OF THE EVENTS" OF HOW DEFENDANT EXTORTS FUNDS AND EVADES TAXES HAVE BEEN DOCUMENTED BY N3-TARS AT THE EASTERN DISTRICT. SO "A SUBSTANTIAL PART OF PROPERTY THAT IS THE SUBJECT OF THE ACTION" IS IN THIS DISTRICT AND THE DEFENDANT MAY BE FOUND HERE. (28 U.S.C. § 1391(b)).

(C) DEFENDANT HAS MORE HIDDEN PROPERTIES AT SACRAMENTO THAN SAN DIEGO; HUNDREDS OF PLAINTIFFS ARE AT FOLSOM STATE PRISON; AT LEAST 3 LAW FIRMS OF THE PLAINTIFF CLASS ARE AT THE EASTERN DISTRICT; 60% OF THE TARS EVIDENCE ARE IN THE RAD TEAMS OF SILICON VALLEY COMPANIES, SO THEREFORE THE COORDINATOR OF THE PLAINTIFF CLASS HEREBY MOVES THE HONORABLE JUDGE TO REVERSE THE ORDER FOR VENUE TRANSFER.

Q. Diaz Gates Nguyen

DATE: 2007 NOV. 29 THU.

MR. Q. DIAZ GATES-NGUYEN
446 ALTA # 7775738 ATTN. GARRUCHA
SAN DIEGO, CA 92158
(AKA MR. Q. GATES DIAZ NGUYEN)



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ    ☐ DDF    ☒ GBDF    ☐ EMDF    ☐ LCDF    ☐ SBDF    ☐ VDF

**From:** MONTOYA, L. GARCIA     7738300     4B-226
*De:*   Name (Last, First, Middle)   Booking Number   Housing Unit
   *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about: ☐ Jail Procedures    ☐ Jail Conditions    ☐ Medical    ☒ Other  PERJURY
*La queja es acerca de:*  *Procedimientos de la Cárcel*  *Condiciones de la Cárcel*  *Médico*  *Otro*

Date and Time of Incident / *Fecha y hora del incidente:* _____

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

MR. RICHARD JOSEPH SILVA (CDL # C6875068) A CLAIMED VICTIM IN CASE # CD206761, IS TURNING AN ACCIDENT INTO INSURANCE FRAUD, EXTORTION, AND CONSPIRACY TO KIDNAP AND FALSE IMPRISONMENT. THE CASE DISCOVERY WITH THE PRELIMINARY TRANSCRIPTS PROVES SILVA COMMITTED PERJURY. ① AFTER 2 MINOR VEHICLE CONTACTS ON I805, SILVA LIED ABOUT HOW A VEHICLE CAN HIT ANOTHER TRUCK AND FOLD OVER A CLOSED GAS CAP. ② A PASSENGER WITH MONTOYA CAN PROVE THAT SILVA'S DOOR SCRATCH WAS NOT CAUSED AT THE 2007 MAY 23 INCIDENT. ③ THE NEW POLYGRAPH-MRI SHOULD BE TESTED ON SILVA AND HIS ARREST AND CONVICTION RECORD SHOULD BE OBTAINED. ④ TWO OTHER WITNESSES CAN TESTIFY BETTER THAN SANCHEZ (CDL # D6695644) OF THE EVENTS OF THIS CASE.

*Leobardo Montoya*    12-7-07
Inmate Signature / *Firma de Preso*    Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____
    Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
    Date    Time    JIMS Grievance Number

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—handle appropriately. (No entry in JIMS.)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS.)

Response to Inmate Request: _____
_____

---

[EXHIBIT 2007 L02]